FILED

Apr 15 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5080
   FAX: (408) 535-5066
   Jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-mj-71227-MAG |
| Plaintiff, | STIPULATION AND ORDER AS TO WAIVER OF TIME AND TO CONTINUE ARRAIGNMENT |
| v. | |
| DANIEL CASTRO ROMERO, | |
| Defendant. | |

     The United States, by and through its counsel of record, and defendant, Daniel Castro Romero, by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

     Whereas, defendant's preliminary hearing/arraignment on an anticipated Indictment or Information is currently scheduled for April 16, 2021, at 1:00 p.m.

     Whereas, the Parties agree that defendant's preliminary hearing or arraignment on the information or indictment should be continued from April 16, 2021, to May 6, 2021, at 1:00 p.m.

     Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) (time for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest). The Parties further agree that this waiver of time is necessary for review of discovery by the defense and to discuss possible pre-indictment resolution of the case, but the Parties also

1 agree and acknowledge that an agreement may not be reached.

2 Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b)
3 and Rule 5.1(c), specifically, that time be waived from April 16, 2021 to May 6, 2021, for purposes of 18
4 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until May 6, 2021 and that
5 the government need not file an information or indictment until May 6, 2021.

Respectfully submitted,

DATED: April 15, 2021           STEPHANIE M. HINDS
                                Acting United States Attorney

                                /s/ Jeffrey A. Backhus
                                JEFFREY A. BACKHUS
                                Assistant United States Attorney


DATED: April 15, 2021
                                /s/ Severa Keith
                                SEVERA KEITH
                                Assistant Federal Public Defender
                                Attorney for Daniel Castro Romero

ORDER

Upon agreement and stipulation of the United States, the defendant Daniel Castro Romero, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be waived from April 16, 2021 to May 6, 2021, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until May 6, 2021, and that the government need not file an information or indictment until May 6, 2021. Additionally, the preliminary hearing or arraignment on the information or indictment should be continued from April 16, 2021 to May 6, 2021, at 1:00 p.m.

IT IS SO ORDERED.

DATED:   April 15, 2021



Judge Robert M. Illman