| | |
|---|---|
| 1 | GEOFFREY HANSEN |
| | Acting Federal Public Defender |
| 2 | Northern District of California |
| | SEVERA KEITH |
| 3 | Assistant Federal Public Defender |
| | 8th Floor - Suite 820 |
| 4 | 55 South Market Street |
| | San Jose, CA 95113 |
| 5 | Telephone:  (408) 291-7753 |
| | Facsimile:   (408) 291-7399 |
| 6 | Email:         Severa_Keith@fd.org |

Counsel for Defendant Romero

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:20-mj-71227-MAG (DMR) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: DAY PASS FROM PATHWAY SOCIETY |
| v. | |
| DANIEL ROMERO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the government through its attorney, Jeffrey Backus, and defendant Daniel Romero through his attorney, Severa Keith, that the Conditions of Pretrial Release and Appearance, ordered on September 11, 2020, and modified on January 29, 2021, be further modified to permit the Pretrial Services Officer to allow Mr. Romero to have a day pass from Pathways Society residential treatment, so that he can drive from San Jose, California, starting at 5:00 a.m., to Salinas, California, in order to drive his wife to the hospital for surgery, at 7:00 a.m.  He will drive her home from the hospital after her surgery is complete at 6:00 p.m.  Mr. Romero will assist his wife to get medical devices set up, and then return to Pathways Society, in San

1 | Jose, California, no later than 9:00 p.m.

2 |     Pretrial Services does not object to this travel. Mr. Romero is currently in compliance with his

3 | conditions of release.

4 |     18 U.S.C section 42(c)(3) states, "[t]he judicial officer may at any time amend the order to

5 | impose additional or different conditions of release." 18 U.S.C § 31452(c)(3).

6 |     As such, the parties request that the Court exercise its authority to modify the Conditions of

7 | Release and Appearance, as stipulated.

8 |     IT IS SO STIPULATED.

10 | Dated:    April 29, 2021

GEOFFREY HANSEN  
Acting Federal Public Defender  
Northern District of California

      /S/  
SEVERA KEITH  
Assistant Federal Public Defender

16 | Dated:    April 29, 2021

STEPHANIE HINDS  
Acting United States Attorney  
Northern District of California

      /S/  
JEFFREY BACKHUS  
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ROMERO,<br><br>Defendant. | Case No.: 5:20-mj-71227-MAG (DMR)<br><br>**[PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: DAY PASS FROM PATHWAY SOCIETY** |

[PROPOSED] <u>ORDER</u>

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that the Conditions of Pretrial Release and Appearance be modified such that Pretrial Services may permit defendant Daniel Romero to have a day pass from Pathways Society, for the purpose of assisting his wife get to and from surgery. He will drive from San Jose, California to Salinas no earlier than 5:00 a.m., April 30, 2021, and he will return to Salinas, California, on April 30, 2021 no later than 9:00 p.m.

IT IS SO ORDERED.

Dated: _____

HON. DONNA M. RYU
United States Magistrate Judge