**ORDER/COVER SHEET**

TO:    **Honorable Donna M. Ryu**        RE:  **Daniel Romero**
          **U.S. Magistrate Judge**

FROM:  **Silvio Lugo, Chief**        Docket No.:  **5:20-mj-71227-MAG-1**
          **U.S. Pretrial Services Officer**

Date:    **5/3/21**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel          (408) 535-5226

U.S. Pretrial Services Officer          **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒  Inform all parties concerned that I will conduct a Bail Review Hearing on  Wednesday, 5/5/2021 at 10:00 a.m. via Zoom video conference. Parties can find the static Zoom link to Judge Ryu's virtual Zoom courtroom at: https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)

    **A.**

    **B.**

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

_____  5/4/2021  _____
**JUDICIAL OFFICER  DONNA M. RYU**    **DATE**
        U.S. Magistrate Judge