STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-mj-71227-MAG |
| Plaintiff, | STIPULATION AND ORDER AS TO WAIVER OF TIME AND TO CONTINUE ARRAIGNMENT |
| v. | |
| DANIEL CASTRO ROMERO, | |
| Defendant. | |

    The United States, by and through its counsel of record, and defendant, Daniel Castro Romero, by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

    Whereas, the defendant was picked up from Santa Clara County Jail and made his initial appearance on a Complaint on September 2, 2020.

    Whereas, after several continuances requested by the parties, the Court continued the preliminary hearing/arraignment on an anticipated Indictment or Information to July 28, 2021, at 1:00 p.m.

    Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) (time for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest). The Parties further agree that this waiver of time is necessary for review of discovery by the defense and to discuss possible pre-indictment resolution of the case, but the Parties also

1  agree and acknowledge that an agreement may not be reached.

2  Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b)
3  and Rule 5.1(c), specifically, that time be waived from July 28, 2021 to September 27, 2021, for purposes
4  of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until September 27,
5  2021 and that the government need not file an information or indictment until September 27, 2021.

6  Whereas, the Parties agree that defendant's preliminary hearing or arraignment on the information
7  or indictment should be continued from July 28, 2021, to September 27, 2021, at 1:00 p.m.

Respectfully submitted,

DATED: July 27, 2021                    STEPHANIE M. HINDS
                                        Acting United States Attorney


                                        /s/ Jeffrey A. Backhus
                                        JEFFREY A. BACKHUS
                                        Assistant United States Attorney




DATED: January 27, 2021
                                        /s/ Severa Keith
                                        SEVERA KEITH
                                        Assistant Federal Public Defender
                                        Attorney for Daniel Castro Romero

ORDER

Upon agreement and stipulation of the United States, the defendant Daniel Castro Romero, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be waived from July 28, 2021 to September 27, 2021, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until September 27, 2021, and that the government need not file an information or indictment until September 27, 2021.  Additionally, the preliminary hearing or arraignment on the information or indictment should be continued from July 28, 2021 to September 27, 2021, at 1:00 p.m.

IT IS SO ORDERED.

DATED:   July 28, 2021

                                                        _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge