GEOFFREY HANSEN
Acting Federal Public Defender
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Severa_Keith@fd.org

Counsel for Defendant
DANIEL CASTRO ROMERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL CASTRO ROMERO, <br><br> Defendant. | CASE NO. 5:20-mj-71227-MAG <br><br> STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE BAIL/BOND VIOLATION HEARING |

The United States, by and through its counsel of record, and defendant, Daniel Castro Romero, by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

On November 30, 2021, the Court issued a notice of a Bail/Bond Revocation hearing that is set to be heard on December 2, 2021. The noticed hearing regards violations of defendant's pretrial release violations.

Both counsel for the defense and counsel for the government have scheduling conflicts, as both counsel have sentencing hearings scheduled on December 2, 2021, at 1:30 p.m. As such, the parties request that this matter be continued to December 7, 2021, at 1:00 p.m. The parties also request that the Court find good cause to continue this matter, based on unavailability of counsel.

The parties further stipulate and agree that a time exclusion under the Speedy Trial Act is not necessary, as time has already been excluded through and including December 9, 2021.

///

The parties have conferred with the United States Pretrial Officer assigned to this case, and he has no objection to this continuance. The Pretrial Officer also advised that he is referring Mr. Castro to outpatient treatment.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | GEOFFREY HANSEN<br>Acting Federal Public Defender |
| DATED: December 1, 2021 |  |
|  | /s/ Severa Keith<br>SEVERA KEITH<br>Assistant Federal Public Defender<br>Attorney for Daniel Castro Romero |
| DATED: December 1, 2021 | STEPHANIE HINDS<br>Acting United States Attorney |
|  | /s/ Jeffrey A. Backhus<br>JEFFREY A. BACKHUS<br>Assistant United States Attorney |

ORDER (AS MODIFIED)

IT IS HEREBY ORDERED that the Bail Violation/Bond Violation hearing that is currently scheduled on December 2, 2021, be continued to December 3, 2021, at 1:00 p.m.

IT IS SO ORDERED AS MODIFIED.

DATED:   December 1, 2021



_____
HON. DONNA M. RYU
United States Magistrate Judge